RECEIVED
IN LAKE CHARLES, LA
OCT 12 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RORY S. HOLLINGSWORTH** | : | **DOCKET NO. 06 CV 1290** |
| **VS.** | : | **JUDGE MINALDI** |
| **CANAL INSURANCE CO., ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

This case came for trial on September 10, 2007, before Honorable Patricia H. Minaldi, United States District Judge. Present: J. Rock Palermo, III, and Elaine Solari, attorneys for plaintiff, Rory Hollingsworth, and Andrew R. Johnson, IV, attorney for defendants, Canal Insurance Company, Manuel Urquiza and Urquiza Trucking, Inc. When, after considering the pleadings, testimony, evidence, applicable law and argument of counsel, and after full deliberation, the jury returned the verdict in favor of plaintiff, Rory Hollingsworth, and against defendants, Canal Insurance Company, Manuel Urquiza and Urquiza Trucking, Inc. as follows:

| | | |
|---|---|---:|
| A) | Physical pain and suffering | $ 2,000.00 |
| B) | Mental pain and suffering | 50,000.00 |
| C) | Past lost wages | 6,000.00 |
| D) | Future lost wages | 35,000.00 |
| E) | Past medical expenses | 2,000.00 |
| F) | Future medical expenses | 15,000.00 |

| | | |
|---|---|---:|
| G) | Loss of enjoyment of life | 0.00 |
| | | $110,000.00 |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff, Rory Hollingsworth, and against defendants, Canal Insurance Company, Manuel Urquiza and Urquiza Trucking, Inc., jointly, severally, and in solido, in the amount of ONE HUNDRED TEN THOUSAND AND NO/100 ($110,000.00) DOLLARS, together with legal interest from the date of judicial demand until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant be assessed with all costs of these proceedings.

**IT IS FURTHER ORDERED** that the plaintiff shall file a Memorandum of Costs pursuant to L R 54.3 and Fed. R. Civ. P. 54(d).

JUDGMENT RENDERED AND SIGNED at Lake Charles, Louisiana, this _12_ day of ___October___, 2007.

_____
HONORABLE PATRICIA H. MINALDI